# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.     SACV 12-0439 GW (SS)              Date: March 25, 2013
                                                Page 1 of 2

Title:     George C. Nails v. City of Fullerton, et al.

---

DOCKET ENTRY:     **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS)**

On January 22, 2013, the Court dismissed the Complaint in the above-referenced state prisoner civil rights action with leave to amend due to pleading deficiencies. (Dkt. No. 9). Plaintiff was required to file a First Amended Complaint by February 21, 2013 if he still wished to pursue this action. The Court expressly warned Plaintiff that failure to timely file a First Amended Complaint would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. (Id. at 10).

On March 6, 2013, the Court granted Plaintiff's Request for Extension of Time and set a new deadline of March 20, 2013 for filing an amended complaint. (Dkt. No. 11). The Court again reminded Plaintiff that failure to timely file a First Amended Complaint would result in dismissal with prejudice for failure to prosecute and obey Court orders. (Id. at 2). As of today, however, Plaintiff has failed to file a First Amended Complaint.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE within **seven (7) days** of the date of this Order why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a First Amended Complaint, curing

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES - GENERAL</u>**

Case No.     SACV 12-0439 GW (SS)                    Date: March 25, 2013
                                                      Page 2 of 2

Title:       <u>George C. Nails v. City of Fullerton, et al.</u>

the deficiencies of the Complaint, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  <u>A Notice of Dismissal form is attached for Plaintiff's convenience.</u>  Plaintiff is again warned that failure to timely file a response to this Order <u>will</u> result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b)**.

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

MINUTES FORM 11
CIVIL-GEN                                              Initials of Deputy Clerk ___