**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE C. NAILS,<br><br>         Plaintiff,<br><br>   v.<br><br>OFFICER TIMOTHY HAID, et al.,<br><br>         Defendant. | Case No. SACV 12-0439 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS, AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint, Defendants' Motion for Summary Judgment, all the records and files herein, and the Second Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Defendants' Motion for Summary Judgment is GRANTED.

1     **IT IS FURTHER ORDERED** that Judgment shall be entered
2 dismissing this action with prejudice.
3
4     The Clerk of the Court shall serve copies of this Order and
5 the Judgment herein on Plaintiff at his current address of record
6 and on counsel for Defendants.
7
8     LET JUDGMENT BE ENTERED ACCORDINGLY.
9
10 DATED:   August 5, 2016
11                                     _____
                                       GEORGE H. WU
12                                     UNITED STATES DISTRICT JUDGE