**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE C. NAILS,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICER TIMOTHY HAID, et al.,<br><br>        Defendants. | Case No. SACV 12-0439 GW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 5, 2016

                                            GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE